First Department. June 10, 1904.) Action by Louis Browdy against Louis S. Gottlieb. A. Rosenstein, for appellant. No opinion. Orders affirmed, with $10 costs and disbursements.

BROWER, Respondent, v. KING, Appellant. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Ancel J. Brower against Moses King. No opinion. Order affirmed, with $10 costs and disbursements.

BRUSH v. HENTZ et al. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Edward F. Brush against J. Henry Hentz and others. No opinion. Order affirmed, with $10 costs and disbursements.

BULKLEY et al., Appellants, v. PERLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1904.) Action by Josephine M. Bulkley and another against Edward B. Perley.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that the reference of the cause was a final disposition thereof within the meaning of section 3251, subd. 1, of the Code of Civil Procedure, which provides that the term fee shall not be taxed for the term at which a cause is tried or otherwise finally disposed of.

In re BURBY. (Supreme Court, Appellate Division, Third Department. November Term, 1903.) In the matter of the charges against Alonzo A. Burby, an attorney of the Supreme Court of the state of New York.

PER CURIAM. Ordered, that Henry P. Pendrick, Esq., of Saragato Springs, N. Y., be appointed referee to take testimony and report to the court with his opinion thereon, and that Horace E. McKnight, Esq., of Ballston Spa, New York, be substituted as attorney in place of George R. Salisbury, Esq., to prosecute the proceeding.

BURKE, Appellant, v. PARKS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Edward Burke against Joseph Parks and another. No opinion. Order affirmed, with costs.

CAPORALE, Respondent, v. BENEDETTO, Appellant. (Supreme Court, Appellate Division, First Department. May 20, 1904.) Action by Salvatore Caporale against Guiseppe Benedetto. F. Pierce, for appellant. E. McKinley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CAYWOOD et al., Appellants, v. PLOWMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Charles S. Caywood and another against Gilbert Plowman.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HISCOCK, J., dissents.

CHESTER, Respondent, v. BUFFALO CAR MFG. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) Action by George T. Chester against the Buffalo Car Manufacturing Company and others.

PER CURIAM. Order modifying decision and judgment affirmed. Judgment affirmed, with costs on authority of same case reported in 70 App. Div. 443, 75 N. Y. Supp. 428.

WILLIAMS, J., dissents.

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) In the matter of the application of the city of New York, etc., for the opening of Foster avenue, from Flatbush avenue to Coney Island avenue. No opinion. Motion to resettle order denied.

CITY OF NEW YORK, Respondent, v. BURLESON HARDWARE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1904.) Action by the city of New York against the Burleson Hardware Company.

PER CURIAM. Motion denied. We think that the questions presented on this motion can only be fairly considered and determined upon an appeal from the judgment rendered at Special Term.

CITY OF NEW YORK v. CODY et al. (Supreme Court, Appellate Division, Second Department. June 10, 1904.) Action by the city of New York against James A. Cody and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLARK. (Supreme Court, Appellate Division, Fourth Department. May 3, 1904.) In the matter of Arthur E. Clark, an attorney and counselor.

PER CURIAM. Ordered, that Hon. Charles A. Hawley be, and he is hereby, appointed referee to hear the proof upon the charges herein and report the same to this court, together with his opinion thereon, with all convenient speed; also, ordered, that the district attorney of Genesee county be, and he is hereby, directed to prosecute such charges before said referee, and that Selden S. Brown, Esq., counselor at law, residing at the city of Rochester, be, and he is hereby, designated as counsel to assist in such prosecution.

CLEVELAND CITY FORGE & IRON CO., Respondent, v. STERN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by the Cleveland City Forge & Iron Company against Winfield S. Stern and others. E. Bisbee, for appellants. T. D. Kenneson, for respondent. No opinion. Judgment and order affirmed, with costs

COHEN, Respondent, v. POLSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Ac-

tion by Louis Cohen against Isaac Polstein and another. C. A. Brodert, for appellants. S. Sturtz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONGDON, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1904.) Action by Minnie H. Congdon, as administratrix, against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law has arisen which ought to be reviewed by the Court of Appeals, pursuant to section 191 of the Code of Civil Procedure.

CONGREGATION DORSHE, ETC., v. FELDMAN et al. (Supreme Court, Appellate Division, First Department. June 17, 1904.) Action by Congregation Dorshe, etc., against Frank Feldman and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

CONTENT et al., Respondents, v. BRAUNER, Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Harry Content and others against Peter Brauner. O. Horwitz, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment and order affirmed, with costs.

CONVISSOR, Appellant, v. DEINHARDT, Respondent. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Simon Convissor against John Deinhardt. No opinion. Judgment of the Municipal Court affirmed, with costs.

CORPORATION LIQUIDATING CO., Respondent, v. OWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) Action by Corporation Liquidating Company against Francis C. Owen. No opinion. Judgment affirmed, with costs.

CORTRIGHT, Appellant, v. CORTRIGHT, Respondent. (Supreme Court, Appellate Division, Third Department. May 4, 1904.) Action by Jemima Cortright against Amos Cortright, as executor under the last will and testament of Samuel Cortright, deceased.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

CORWINE, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 3, 1904.) Action by Ella Smith Corwine against Charles H. L. Smith, impleaded with others. No opinion. Orders affirmed, with $10 costs and disbursements.

In re CRISFIELD. (Supreme Court, Appellate Division, First Department. June 17, 1904.) In the matter of Caroline M. Crisfield. No opinion. Motion denied, on payment of $10 costs of motion and $10 term fee.

CROSBY, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) Action by Sadie E. Crosby against the Security Mutual Life Insurance Company. No opinion. Order denying motion for new trial affirmed, with costs.

In re CROUCH'S ESTATE. In re HAGAMAN. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) In the matter of the estate of George W. Crouch. Application of Celina A. Hagaman for an order punishing Frank P. Crouch for contempt of court. No opinion. Order affirmed, with $10 costs and disbursements.

In re CROUCH'S ESTATE. In re VAN DE CARR et al. (Supreme Court, Appellate Division, Fourth Department. May 24, 1904.) In the matter of the estate of George W. Crouch. Application of Sarah L. Van De Carr and others for an order punishing Frank P. Crouch for contempt of court. No opinion. Order affirmed, with $10 costs and disbursements.

In re CROUCH'S ESTATE. In re HAGAMAN. In re VAN DE CARR et al. (Supreme Court, Appellate Division, Fourth Department. May 26, 1904.) In the matter of the estate of George W. Crouch. Applications of Celina A. Hagaman and of Sarah L. Van De Carr and others for an order punishing Frank P. Crouch for contempt of court. No opinion. Application to amend decision denied, without costs.

CROWLEY v. JOHNSTON. (Supreme Court, Appellate Division, First Department. June 10, 1904.) Action by Henry Crowley against Edward W. S. Johnston. No opinion. Motion denied, on payment of $10 costs.

CSATLOS v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) Action by William Csatlos against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

In re CULLINAN. In re CAPDEVILLE & CO. (Supreme Court, Appellate Division, First Department. May 6, 1904.) In the matter of Patrick W. Cullinan. In the matter of Capdeville & Co. H. H. Kellogg, for Patrick W. Cullinan. T. Smith, for Capdeville & Co. No opinion. Order affirmed, with $10 costs and disbursements.

CULLINAN, Excise Com'r, Appellant, v. DEVLIN et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 20, 1904.) Action by Patrick W. Cullinan, as State Commissioner of Excise of the state of New York, against John Devlin and the Fidelity & Casualty Company of New York. No opinion. Judgment and order unanimously affirmed, with one bill of costs to respondents, with disbursements of both.

CULVER v. CULVER et al. (Supreme Court, Appellate Division, First Department.